IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-579-RJC-DCK

| | |
|---|---|
| TONIA BROOKS, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| RECEIVABLES PERFORMANCE MANAGEMENT LLC, and JOHN DOES 1-25, , | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) filed by C. Randolph Emory, concerning Raphael Deutsch, on November 10, 2021. Raphael Deutsch seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) is **GRANTED**. Raphael Deutsch is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: November 11, 2021

David C. Keesler
United States Magistrate Judge