# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Tonia Brooks, ) | JUDGMENT IN CASE |
| ) | |
| Plaintiff(s), ) | 3:21-cv-00579-RJC-DCK |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| Receivables Performance Management ) | |
| LLC, ) | |
| ) | |
| Defendant(s). ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 27, 2023 Order.

June 27, 2023

Katherine Hord Simon, Clerk
United States District Court